IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANUEL GARZA and ELIZABETH GARZA, § § § | |
| Plaintiffs, § § | |
| v. § | No. 3:11-CV-01919-M (BF) |
| § § | |
| EMC MORTGAGE AND JPMORGAN CHASE BANK, N.A., § § § | |
| Defendants. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiffs' Motion to Remand the case back to the 160th Judicial District Court of Dallas County, TX is granted.

**SO ORDERED** this 5th day of December, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS